1  PHILLIP A. TALBERT
United States Attorney
2  PETE THOMPSON
Acting Regional Chief Counsel
3  Oscar Gonzalez de Llano
Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4818
6       Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant
7

8

9

10

                   UNITED STATES DISTRICT COURT
11
                   EASTERN DISTRICT OF CALIFORNIA
12

13   EVALYN ANA MENDOZA,                    No. 1:20-cv-01695-EPG

14            Plaintiff,

15   v.                                     STIPULATED MOTION AND ORDER FOR
                                            AN EXTENSION OF TIME TO RESPOND TO
16   KILOLO KIJAKAZI,                       PLAINTIFF'S OPENING BRIEF
     Acting Commissioner of Social Security,
17                                          (ECF No. 20)
              Defendant.
18

19

20        IT IS HEREBY STIPULATED, by and between the parties through their respective

21   counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's

22   Opening Brief be extended eighty-five (85) days from February 17, 2022, to May 13, 2022.  This

23   is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to

24   Defendant's request for an extension.

25        Good cause exists for this request.  Defendant respectfully requests this additional time

26   because Counsel for Defendant will be unable to devote the time required to complete

27   Defendant's response to Plaintiff's Opening Brief given the current due date.  The undersigned

28

1  attorney has been out of the office on extended paternity leave for the past couple months and

2  returned full-time last week after unexpectedly spending an additional week out of the office

3  caring for his 3 year old son due to COVID.  As this Court no doubt knows, Social Security case

4  filings in federal court increased significantly in the past year.  The increased filings,

5  compounded by COVID-related delays in transcript production and attorney attrition, have

6  resulted in an increased workload and competing deadlines.  Counsel for Defendant currently has

7  twenty (20) merit briefs currently due in district court cases over the next 30 days and an

8  additional eighteen (18) merit briefs currently due in district court cases in 30-60 days.   Given

9  this current workload a lengthy extension until May 13, 2022 should provide an opportunity for

10  the undersigned Counsel for Defendant to complete the response to Plaintiff's Opening Brief.

11  Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given

12  the high volume of cases that all of our limited staff (due to leave and resignations) is handling.

13  Counsel apologizes to the Court for any inconvenience caused by this delay.  All other dates in

14  the Court's Scheduling Order shall be extended accordingly.

15

16                                        Respectfully submitted,

17                                        PHILLIP A. TALBERT
                                          United States Attorney

18

19  DATE: January 24, 2022          By:   *s/ Oscar Gonzalez de Llano*
                                          OSCAR GONZALEZ DE LLANO

20                                        Special Assistant United States Attorney
                                          Attorneys for Defendant

21

22                                        Respectfully submitted,

23                                        Attorneys for Plaintiff

24  DATE: January 24, 2022          By:   *s/ Jonathan O. Pena\**
                                          Jonathan O. Pena, Esq.

25                                        Pena & Bromberg, Attorneys at Law
                                          (*as authorized by email)

26

27

28

**ORDER**

Based on the above stipulation, IT IS ORDERED that Defendant's motion for extension of time (ECF No. 20) is granted. Defendant shall have an extension, up to and including May 13, 2022, to respond to Plaintiff's Opening Brief. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 25, 2022**               /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE