1  PHILLIP A. TALBERT
   United States Attorney
2  PETE THOMPSON
   Acting Regional Chief Counsel
3  Oscar Gonzalez de Llano
   Special Assistant United States Attorney
4         Social Security Administration
          160 Spear Street, Suite 800
5         San Francisco, CA 94105
          Telephone: (510) 970-4818
6         Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12 | EVALYN ANA MENDOZA,              | No.  1:20-cv-01695-EPG
13 |          Plaintiff,               |
14 | v.                                | STIPULATED MOTION AND ORDER FOR
   |                                   | EXTENSION OF TIME TO RESPOND TO
15 | KILOLO KIJAKAZI,                  | PLAINTIFF'S OPENING BRIEF
   | Acting Commissioner of Social Security,[1]
16 |                                   | (ECF No. 22)
17 |          Defendant.               |

18
      IT IS HEREBY STIPULATED, by and between the parties through their respective
19
   counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's
20
   Opening Brief be extended fourteen (14) days from Friday, May 13, 2022 to Friday May 27,
21
   2022.  This is Defendant's second request for an extension.  Counsel for Plaintiff has no objection
22
   to Defendant's request for an extension.
23
      Good cause exists for this request.  In the process of drafting the brief in this case, it
24
   became apparent to the drafter of the need to discuss some issues raised in this case with the
25

26 _____
   [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the
27 Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant
   in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the
28 Social Security Act, 42 U.S.C. § 405(g).

client, specifically the possibility of settling this case. This requires further communication between counsel for Defendant and their client. An extension of 14-days would give sufficient time for the client to consider and respond regarding possible settlement or, if settlement is not possible, briefing the case.

    Counsel apologizes to the Court for any inconvenience caused by this delay and second request. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: May 11, 2022     By:    *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: May 11, 2022     By:    *s/ Jonathan O. Pena**
Jonathan O. Pena, Esq.
Pena & Bromberg, Attorneys at Law
(*as authorized by email)

**ORDER**

Pursuant to parties' stipulated motion, IT IS ORDERED that Defendant shall have an extension, up to and including May 27, 2022, to respond to Plaintiff's Opening Brief. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 12, 2022**                               /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE